# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.:** CV 15-04277-R (AJWx)          **DATE:** April 5, 2016

**TITLE:** Unicolors Inc. v. Lany Group, LLC et al.
==================================================================
**PRESENT:**      **HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE**

| Christine Chung | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANT:**

    Not present                                    Not present

**PROCEEDINGS:**    (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

     Plaintiff(s) is ordered to show cause in writing no later than April 12, 2016 why this action should not be dismissed for lack of prosecution.  The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

     - Plaintiff's request for entry of default as to defendant DGNY Fashions, Inc.  In the event both documents are filed before the above date,  the answer will take precedence.

     - Answer by the defendant(s) or responsive pleading

     In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order  to Show Cause will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order will result in the dismissal of the action.

**MINUTES FORM II**                                               Initials of Deputy Clerk  CCH
**CIVIL - GEN**