# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV 15-4277-R**                                              **DATE: May 16, 2016**

**TITLE:** Unicolors Inc. v. Lany Group, LLC et al.
================================================================

**PRESENT:**          <u>**HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE**</u>

<u>Christine Chung</u>                              <u>     N/A    </u>
**Deputy Clerk**                              **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANT:**

   Not present                                 Not present

**PROCEEDINGS:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

   Plaintiff(s) is ordered to show cause in writing no later than May 31, 2016 why this action should not be dismissed for lack of prosecution as to DGNY Fashions, Inc.

   The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

   **- Plaintiff's filing of a noticed motion for entry of default judgment**

   In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.


**MINUTES FORM II**                                              Initials of Deputy Clerk  <u>CCH</u>
**CIVIL - GEN**