**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Unicolors, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Lany Group, LLC. et al., <br><br> Defendant. <br> _____ | Case No. CV15-4277-R <br><br> **ORDER OF DISMISSAL BY LACK OF PROSECUTION AND FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER** |

  Plaintiff/Parties were ordered to show cause in writing by not later than **May 31, 2016** why this action should not be dismissed for failure to submit a Notice Motion for Entry of Default Judgment as ordered in this Court's Order;

  WHEREAS, this period has elapsed without any action by plaintiff/parties.

  The Court hereby DISMISSES the instant case for lack of prosecution and for failure to comply with this Court's Order.

Dated June 20, 2016

                 MANUEL L. REAL
                United States District Judge